# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| **IVELISSE SANTIAGO, individually and on behalf of all similarly situated individuals,**<br><br>*Plaintiff*<br><br>v.<br><br>**UCARE MINNESOTA,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 0:25-cv-04358<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Erve Sagbo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to UCare Minnesota in Hennepin County, MN on November 20, 2025 at 2:12 pm at 500 Stinson Boulevard NE, Minneapolis, MN 55413 by leaving the following documents with Mike Rabe who as Receptionist is authorized by appointment or by law to receive service of process for UCare Minnesota.

SUMMONS IN A CIVIL ACTION
COLLECTIVE AND CLASS ACTION COMPLAINT AND JURY TRIAL DEMAND

Additional Description:
I served the documents to Mike Rabe, who stated that they are authorized to accept service for the entity.

White Male, est. age 45-54, glasses: Y, Auburn hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=44.9945644637,-93.2271570536
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Ramsey County__, __MN__ on __11/20/2025__.

/s/ *Erve Sagbo*
Signature
Erve Sagbo
+1 (651) 460-0943



Exhibit 1a)





Exhibit 1c)