UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IVELISSE SANTIAGO, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>UCARE MINNESOTA,<br><br>Defendant. | Case No.: 25-cv-04358 (JWB/DLM)<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ivelisse Santiago and Defendant UCare Minnesota, through their undersigned counsel, hereby request that this matter be **DISMISSED WITHOUT PREJUDICE** as to the merits of Plaintiff's claims and without further costs, attorneys' fees, or disbursements to any of the parties herein.

Dated: December 30, 2025

Respectfully submitted,

s/ *Zackary S. Kaylor*
Jacob R. Rusch (MN Bar No. 0391892)
Zackary S. Kaylor (MN Bar No. 0400854)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: jrusch@johnsonbecker.com
E: zkaylor@johnsonbecker.com

Alyson Steele Beridon (OH#87496)*
**HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
T: (513) 381-2224

2

        F: (615) 994-8625
        E: alyson@hsglawgroup.com

*Attorneys for Plaintiff*

<u>s/  *Tracey  Holmes  Donesky*  (with permission)</u>
Tracey Holmes Donesky (#0302727)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: 612-335-1500
E: tracey.donesky@stinson.com

*Attorney for Defendant*

2