# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IVELISSE SANTIAGO, individually and on behalf of all similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UCARE MINNESOTA,<br><br>　　　　　Defendant. | Case No.: 25-cv-04358 (JWB/DLM)<br><br><br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court, having considered the Parties' Stipulation of Dismissal, and for good cause appearing,

**IT IS THEREFORE ORDERED**:

1.　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Stipulation is **GRANTED**;

2.　　This matter is hereby **DISMISSED WITHOUT PREJUDICE**.

　　　　　DATED this _____ day of _____, 20_____.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Jerry W. Blackwell
　　　　　　　　　　　　　　　United States District Judge