## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ivelisse Santiago,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UCare Minnesota,<br><br>　　　　　Defendant. | Civ. No. 25-4358 (JWB/DLM)<br><br><br>**ORDER FOR DISMISSAL** |

The plaintiff and UCare Minnesota have filed a Stipulation of Dismissal (Doc. No. 11). Based on that Stipulation, UCare Minnesota is **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: December 31, 2025　　　　　*s/ Jerry W. Blackwell*　　　　　
　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　United States District Court Judge

2924879