# UNITED STATES DISTRICT COURT
### District of Minnesota

Ivelisse Santiago,

        Plaintiff,

v.

UCare Minnesota,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4358 JWB/DLM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

UCare Minnesota is **DISMISSED WITHOUT PREJUDICE** and judgment will be entered.

Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 12/31/2025　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK